Arthur Lewis, Esq. (SBN 026299)
*Law Offices of Arthur Lewis*
U.S. Bank Tower
633 W. 5th Street Ste 2600
Los Angeles, CA 90071
Tel: (213) 624-4901 ( Private 310-475-1391 )
Fax: (213) 623-7301 ( Private 310-475-6462 )

Attorney for Defendant
**KENNETH BORDEWICK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0022 DLJ |
| Plaintiff, | STIPULATION AND [] ORDER PERMITTING TRAVEL |
| vs. | |
| KENNETH G. BORDEWICK | |
| Defendant. | |

**IT IS HEREBY STIPULATED** between Plaintiff through its counsel, Assistant United States Attorney *Thomas M. Newman* and Defendant through its counsel, *Arthur Lewis, Esq.*, that Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California on or about September 5, 2012 to Naples, Italy to attend to business obligations through September 14, 2012, then completing his remaining business obligations in Milan and Venice until returning to Los Angeles on or about September 21, 2012.

All costs and expenses associated with this travel will be *prepaid* by Mr. Bordewick's client(s). Mr. Bordewick will provide a *detailed* itinerary of his travel plans to his supervising Probation officer, as well as contact information *prior* to departure. Probation has been informed

of the proposed request for travel and been provided a copy of Mr. Bordewick's travel itinerary and voiced no objections.

Mr. Bordewick shall continue to comply with any and all reporting requirements that U.S. Probation requires while travelling.

**SO STIPULATED:**

Dated: August 27, 2012             /s/ Thomas A. Newman
THOMAS A. NEWMAN
Assistant United States Attorney
Attorney for Plaintiff

Dated: August 27, 2012             /s/ Arthur Lewis
ARTHUR LEWIS, ESQ.
Counsel for Defendant
Kenneth Bordewick

# ORDER

BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California to Milan, Italy, departing, on or about 9/5/12; and from there to Venice and Milan on or about 9/14/12; returning to Los Angeles on or about 9/21/12.

ALL ABOVE TRAVEL IS PERMITTED PROVIDED that Mr. Bordewick present to Probation, evidence of Pre-Paid Air and Hotel Reservation and travel expenses.

Furthermore, the defendant shall continue to comply with any and all reporting requirements of U.S. Probation including supplying his itinerary and contact information while outside the Central District.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Ì ᴅ̶ɪ̶ᴄ̶ᴛ̶G

_____
HONORABLE D. LOWELL JENSEN
United States District Court Judge
Northern District of California