Arthur Lewis, Esq. (SBN 026299)
*Law Offices of Arthur Lewis*
U.S. Bank Tower
633 W. 5th Street Ste 2600
Los Angeles, CA 90071
Tel: (213) 624-4901 ( Private 310-475-1391 )
Fax: (213) 623-7301 ( Private 310-475-6462 )

Attorney for Defendant
**KENNETH BORDEWICK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0022 DLJ |
| Plaintiff, | STIPULATION AND [] ORDER PERMITTING TRAVEL |
| vs. | |
| KENNETH G. BORDEWICK | |
| Defendant. | |

**IT IS HEREBY STIPULATED** between Plaintiff through its counsel, Assistant United States Attorney *Thomas M. Newman* and Defendant through its counsel, *Arthur Lewis, Esq.*, that Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California on or about November 12, 2012 to Venice, Italy to attend to business obligations through November 20, 2012. Mr. Bordewick will remain in Venice for the duration of the travel save for one day of travel while in Venice to Milano, returning to Venice the same day, and returning to Los Angeles on or about November 20, 2012.

All costs and expenses associated with this travel will be *prepaid* by Mr. Bordewick's client(s). Mr. Bordewick will provide a *detailed* itinerary of his travel plans to his supervising

Probation officer, as well as contact information *prior* to departure. Probation has been informed of the proposed request for travel and been provided a copy of Mr. Bordewick's travel itinerary and voiced no objections.

Mr. Bordewick shall continue to comply with any and all reporting requirements that U.S. Probation requires while travelling.

**SO STIPULATED:**

Dated: November 2, 2012  /s/ Thomas A. Newman
THOMAS A. NEWMAN
Assistant United States Attorney
Attorney for Plaintiff

Dated: November 2, 2012  /s/ Arthur Lewis
ARTHUR LEWIS, ESQ.
Counsel for Defendant
Kenneth Bordewick

| | |
|---|---|
| 1 | **ORDER** |
| 2 | BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, |
| 3 | IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel by |
| 4 | air outside the Central District of California to Venice, Italy, departing, on or about 11/12/12; |
| 5 | traveling to Milano for one day while in Venice; returning to Los Angeles on or about 11/20/12. |
| 6 | ALL ABOVE TRAVEL IS PERMITTED PROVIDED that Mr. Bordewick present to Probation, evidence of Pre-Paid Air and Hotel Reservation and travel expenses. |
| 7 | Furthermore, the defendant shall continue to comply with any and all reporting |
| 8 | requirements of U.S. Probation including supplying his itinerary and contact information while |
| 9 | outside the Central District. |

# ORDER

BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California to Venice, Italy, departing, on or about 11/12/12; traveling to Milano for one day while in Venice; returning to Los Angeles on or about 11/20/12.

ALL ABOVE TRAVEL IS PERMITTED PROVIDED that Mr. Bordewick present to Probation, evidence of Pre-Paid Air and Hotel Reservation and travel expenses.

Furthermore, the defendant shall continue to comply with any and all reporting requirements of U.S. Probation including supplying his itinerary and contact information while outside the Central District.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: FFÍDÐG

HONORABLE D. LOWELL JENSEN
United States District Court Judge
Northern District of California